IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED ENERGY INDUSTRIES, INC., | ) | |
| Plaintiff, | ) | C.A. No. 04-848 (JJF) |
| v. | ) | |
| MKS INSTRUMENTS, INC. | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Advanced Energy Industries, Inc. and MKS Instruments, Inc. hereby jointly dismiss without prejudice all claims and counterclaims asserted in this action. Each party will bear its own costs.

Dated: March 8, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Attorneys for Plaintiff Advanced Energy Industries, Inc.

454529

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Melanie K. Sharp by Alan Goodman*

Melanie K. Sharp (#2501)  (#4640)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

Attorneys for Defendant MKS Instruments, Inc.

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, I electronically filed a true and correct copy of Stipulation of Dismissal Without Prejudice with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        Thomas C. Grimm, Esquire
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347

/s/ Alison G.M. Goodman
Alison G.M. Goodman (No. 4640)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
agoodman@ycst.com

*Attorneys for MKS Instruments, Inc.*